BINGHAM MCCUTCHEN LLP
Holly A. House (SBN 136045)
holly.house@bingham.com
Brian C. Rocca (SBN 221576)
brian.rocca@bingham.com
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286

BINGHAM MCCUTCHEN LLP
Gregory F. Wells (SBN 212419)
gregory.wells@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone: 202.373.6000
Facsimile: 202.373.6001

Attorneys for Defendant
IKON Office Solutions, Inc.

MUNGER, TOLLES & OLSON LLP
Joseph D. Lee (SBN 110840)
joseph.lee@mto.com
355 South Grand Avenue. 35th Fl.
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

MUNGER, TOLLES & OLSON LLP
Hojoon Hwang (SBN 184950)
hojoon.hwang@mto.com
560 Mission Street, 27th Fl.
San Francisco, CA 94105-9781
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Defendant
General Electric Capital Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GLOBAL SERVICES, LLC, a Texas Corporation; SIMILE IMAGING SOLUTIONS, a North Carolina Corporation; WOOD BUSINESS SYSTEMS, a Florida Corporation; NEW ENGLAND COPY SPECIALISTS, INC., a Massachusetts Corporation; RAY MORGAN COMPANY, a California Corporation; DOCUMATION OF AUSTIN, INC., a Texas Corporation; DOCUMATION OF EAST TEXAS, INC., a Texas Corporation; DOCUMATION OF NORTH TEXAS, INC., a Texas Corporation; DOCUMATION OF SAN ANTONIO, INC., a Texas Corporation; COPYTEX, INC., a Connecticut Corporation; ASI BUSINESS SOLUTIONS, LTD, a Texas Corporation; and METRO SALES INC., a Minnesota Corporation, <br><br> Plaintiffs, <br> v. <br><br> IKON OFFICE SOLUTIONS, INC., an Ohio Corporation; and GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware Corporation, <br><br> Defendants. | No. C 10-5974 JSW <br><br> STIPULATION TO 14-DAY CONTINUANCE OF CASE MANAGEMENT CONFERENCE IN VIEW OF COUNSEL'S SCHEDULE CONFLICTS; [~~PROPOSED~~] ORDER THEREON <br><br> Current date: April 15, 2011 <br> Continued date: April 29, 2011 <br> Time: 1:30 p.m. <br> Ctrm: 11 (Hon. Jeffrey S. White) |

1  WHEREAS, the Court has scheduled the initial Case Management Conferences in this

2  action and in a related action entitled *NewCal Industries, Inc., et al.* v. *IKON Office Solutions, et*

3  *al.,* Case No. C 04-2776 JSW for April 15, 2011, at 1:30 p.m.; and

4  WHEREAS, lead counsel for defendant General Electric Capital (Joseph D. Lee) is

5  currently scheduled to be out of the country on April 15, 2011, on longstanding international

6  travel plans; and

7  WHEREAS, lead counsel for defendant IKON Office Solutions, Inc. (Holly House) is

8  also scheduled to be out of the office on April 15 due to longstanding international travel plans;

9  and

10  WHEREAS, counsel for defendants have requested that the Case Management

11  Conference in this action and the related *NewCal* action be continued two weeks in view of the

12  foregoing schedule conflicts, and counsel for plaintiffs have so agreed on the condition that all

13  deadlines triggered by the April 15 hearing date for the Case Management Conference remain in

14  effect and are unchanged as a result of the continuance of the Case Management Conference,

15  which condition is acceptable to defendants;

16  NOW THEREFORE the parties to this action hereby stipulate and agree, as follows:

17  1.  The Case Management Conference in this action currently calendared for April 15,

18  2011 at 1:30 p.m. shall be continued to April 29, 2011 at 1:30 p.m.; and

19  2.  All deadlines triggered by the April 15 hearing date for the Case Management

20  Conference remain in effect and are unchanged as a result of the continuance of the Case

21  Management Conference.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

**IT IS SO STIPULATED.**

DATED: February 15, 2011           HENNEFER, FINLEY & WOOD, LLP

By: _____
    James A. Hennefer
    Attorneys for Plaintiffs

DATED: February 15, 2011           BINGHAM McCUTCHEN LLP

By: _____
    Holly A. House
    Attorneys for Defendant IKON

DATED: February 15, 2011           MUNGER, TOLLES & OLSON LLP

By: _____
    Joseph D. Lee
    Attorneys for Defendant GECC

**ORDER**

Good cause appearing therefore, **IT IS SO ORDERED.**

DATED: February  16  2011          _____
                                   Hon. Jeffrey S. White
                                   United States District Judge