| | | |
|---|---|---|
| 1 | BINGHAM MCCUTCHEN LLP | MUNGER, TOLLES & OLSON LLP |
| 2 | Holly A. House (SBN 136045) | Joseph D. Lee (SBN 110840) |
| | holly.house@bingham.com | joseph.lee@mto.com |
| 3 | Brian C. Rocca (SBN 221576) | 355 South Grand Avenue. 35th Fl. |
| | brian.rocca@bingham.com | Los Angeles, CA 90071-1560 |
| 4 | Three Embarcadero Center | Telephone: (213) 683-9100 |
| | San Francisco, CA  94111-4067 | Facsimile: (213) 687-3702 |
| 5 | Telephone:  415.393.2000 | |
| | Facsimile:  415.393.2286 | |

1   BINGHAM MCCUTCHEN LLP
    Holly A. House (SBN 136045)
2   holly.house@bingham.com
    Brian C. Rocca (SBN 221576)
3   brian.rocca@bingham.com
    Three Embarcadero Center
4   San Francisco, CA  94111-4067
    Telephone:  415.393.2000
5   Facsimile:  415.393.2286

6   BINGHAM MCCUTCHEN LLP
    Gregory F. Wells (SBN 212419)
7   gregory.wells@bingham.com
    2020 K Street, NW
8   Washington, DC  20006-1806
    Telephone:  202.373.6000
9   Facsimile:  202.373.6001

10  Attorneys for Defendant
    IKON Office Solutions, Inc.
11

MUNGER, TOLLES & OLSON LLP
Joseph D. Lee (SBN 110840)
joseph.lee@mto.com
355 South Grand Avenue. 35th Fl.
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

MUNGER, TOLLES & OLSON LLP
Hojoon Hwang (SBN 184950)
hojoon.hwang@mto.com
560 Mission Street, 27th Fl.
San Francisco, CA 94105-9781
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Defendant
General Electric Capital Corporation

12              UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14                 SAN FRANCISCO DIVISION

15  GLOBAL SERVICES, LLC, a Texas Corporation;     No. C 10-5974 JSW
    SIMILE IMAGING SOLUTIONS, a North
16  Carolina Corporation; WOOD BUSINESS            STIPULATION AND [PROPOSED]
    SYSTEMS, a Florida Corporation; NEW            ORDER SETTING BRIEFING
17  ENGLAND COPY SPECIALISTS, INC., a              SCHEDULE AND PAGE
    Massachusetts Corporation; RAY MORGAN          LIMITATIONS FOR MOTION TO
18  COMPANY, a California Corporation;             DISMISS
    DOCUMATION OF AUSTIN, INC., a Texas
19  Corporation; DOCUMATION OF EAST TEXAS,
    INC., a Texas Corporation; DOCUMATION OF
20  NORTH TEXAS, INC., a Texas Corporation;
    DOCUMATION OF SAN ANTONIO, INC., a
21  Texas Corporation; COPYTEX, INC., a
    Connecticut Corporation; ASI BUSINESS
22  SOLUTIONS, LTD, a Texas Corporation; and
    METRO SALES INC., a Minnesota Corporation,
23
                  Plaintiffs,
24          v.

25  IKON OFFICE SOLUTIONS, INC., an Ohio
    Corporation; and GENERAL ELECTRIC
26  CAPITAL CORPORATION, a Delaware
    Corporation,
27
                  Defendants.
28

A/73663083.6/0795588-0000338099                              Case No. C 10-5974 JSW

1    WHEREAS Northern District of California Local Rules 6-2 and 7-11, and this Court's

2    Civil Standing Order allow parties to file a stipulation requesting a Court order altering time

3    frames or page limits set in the Court's rules, the Local Rules or Federal Rules;

4    WHEREAS, on March 10, 2011, Defendants IKON Office Solutions, Inc. and General

5    Electric Capital Corporation (collectively "Defendants") are scheduled to answer or otherwise

6    respond to the Complaint in the above-captioned matter, Case No. 10-5974 ("*Global Services*");

7    WHEREAS, on March 10, 2011, Defendants are scheduled to answer or otherwise

8    respond to the First Amended Complaint in *NewCal Industries, Inc. et al. v. IKON Office*

9    *Solutions, Inc., et al.*, Case No. 04-2776 ("*NewCal*"), a related matter;

10   WHEREAS, Defendants have advised Plaintiffs of their intention to file separate motions

11   to dismiss in both matters;

12   WHEREAS, the parties have conferred regarding the briefing schedule, page limits and

13   hearing date related to the contemplated motions;

14   WHEREAS, Defendants believe the contemplated motions are of a complex nature;

15   WHEREAS, the parties agree on the need for coordination between the two related

16   matters; and

17   WHEREAS, the parties have agreed, subject to the Court's approval, to a schedule and

18   page limitations related to the motions;

19   NOW, THEREFORE, the parties hereby stipulate as follows through their counsel of

20   record, subject to the approval of the Court:

21   1.    All briefing related to the motions shall conform to the following schedule and

22   page limitations on the parties' memoranda of points and authorities in support of or in

23   opposition to such motions:

| Date | Action | Page Limits (*Global Services* Motion to Dismiss) | Page Limits (*NewCal* Motion to Dismiss) |
|---|---|---|---|
| March 10, 2011 | Motions | 20 ~~25~~ pages | 15 pages |
| April 18, 2011 | Oppositions | 20 ~~25~~ pages | 15 pages |

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND PAGE LIMITATIONS
FOR MOTION TO DISMISS

| May 6, 2011 | Replies | 15 pages | 15 pages |
| May 20, 2011<br>9:00 a.m. | Hearing | | |

**IT IS SO STIPULATED.**

DATED:  February 22, 2011          HENNEFER & WOOD


                                   By:_____/s/_____
                                          James A. Hennefer
                                        Attorneys for Plaintiffs

DATED:  February 22, 2011          BINGHAM McCUTCHEN LLP


                                   By:_____/s/_____
                                          Holly A. House
                                     Attorneys for Defendant IKON

DATED:  February 22, 2011

                                   MUNGER, TOLLES & OLSON LLP


                                   By:_____/s/_____
                                          Joseph D. Lee
                                     Attorneys for Defendant GECC

**It is further ORDERED that the case management conference is continued from 4/29/2011 to 6/24/2011 at 1:30p.m.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED:  February __23__, 2011      _____
                                   The Honorable Jeffrey S. White
                                   United States District Court Judge