BROWN, WEGNER & BERLINER LLP
Matthew A. Berliner (SBN 224384)
mberliner@bwb-lawyers.com
Janet S. Park (SBN 263511)
jpark@bwb-lawyers.com
2603 Main Street, Suite 1050
Irvine, CA 92614
Tel: 949-705-0080
Fax: 949-794-4099

Attorneys for Putative Plaintiff
METRO SALES INC., a Minnesota Corporation

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL SERVICES, LLC, a Texas Corporation; SIMILE IMAGIN SOLUTIONS, a North Carolina Corporation; WOOD BUSINESS SYSTEMS, a Florida Corporation; NEW ENGLAND COPY SPECIALISTS, INC., a Massachusetts Corporation; RAY MORGAN COMPANY, a California Corporation; DOCUMATION OF AUSTIN, INC., a Texas Corporation; DOCUMATION OF EAST TEXAS, INC., a Texas Corporation; DOCUMATION OF NORTH TEXAS, INC., a Texas Corporation; DOCUMENTATION OF SAN ANTONIO, INC., a Texas Corporation; COPYTEX, INC., a Connecticut Corporation; ASI BUSINESS SOLUTIONS, LTD, a Texas Corporation; and METRO SALES INC., a Minnesota Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>IKON OFFICE SOLUTIONS, INC., an Ohio Corporation; GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware Corporation d/b/a IKON FINANCIAL SERVICES,<br><br>Defendants. | CASE NO.: 10-CV-05974 JSW<br><br>Hon. Jeffrey S. White<br><br>RULE 41(a)(2) STIPULATION FOR DISMISSAL OF PLAINTIFF METRO SALES, INC. WITH PREJUDICE AND ORDER THEREON |

1

RULE 41(a)(2) STIPULATION FOR DISMISSAL OF PLAINTIFF METRO SALES WITH PREJUDICE

## STIPULATION FOR DISMISSAL WITH PREJUDICE

WHEREAS, Plaintiff METRO SALES INC. ("METRO") has been included as a Plaintiff to the above-captioned case without its consent, amounting to a misjoinder under Federal Rule of Civil Procedure 21;

WHEREAS, METRO desires that BROWN, WEGNER & BERLINER LLP be its attorneys of record in the above-captioned case, and has filed notice of appearance papers concurrently with this stipulation;

WHEREAS, METRO and Defendants IKON OFFICE SOLUTIONS, INC. and GENERAL ELECTRIC CAPITAL CORPORATION have agreed that Metro will dismiss its claims against Defendants IKON OFFICE SOLUTIONS, INC., and GENERAL ELECTRIC CAPITAL CORPORATION with prejudice from the above-captioned matter;

WHEREAS, Matthew A. Berliner, counsel for METRO, has obtained consent from Holly House, counsel for IKON OFFICE SOLUTIONS, INC., and Joseph Lee, counsel for GENERAL ELECTRIC CAPITAL CORPORATION, to file this stipulation;

NOW, THEREFORE, PURSUANT TO FEDERAL OF CIVIL PROCEDURE 41(a)(2), METRO, IKON OFFICE SOLUTIONS, INC., and GENERAL ELECTRIC CAPITAL CORPORATION, hereby stipulate and agree that METRO hereby dismisses its claims with prejudice in the above-captioned case.

The undersigned counsel of each party certify that they are fully authorized by the party or parties they represent to stipulate and agree to the dismissal of all claims asserted by METRO against Defendants IKON OFFICE SOLUTIONS, INC., and GENERAL ELECTRIC CAPITAL CORPORATION herein.

//
//
//

DATED: June 22, 2011      BROWN, WEGNER & BERLINER LLP


By:      /s/ Matthew A. Berliner
         Matthew A. Berliner
         Attorneys for Putative Plaintiff
         METRO SALES INC.


DATED: June 22, 2011      BINGHAM MCCUTCHEN, LLP


By:      /s/ Holly A. House
         Holly A. House
         Attorneys for Defendant
         IKON OFFICE SOLUTIONS, INC.


DATED: June 22, 2011      MUNGER TOLLES & OLSON LLP


By:      /s/ Joseph D. Lee
         Joseph D. Lee
         Attorneys for Defendant
         GENERAL ELECTRIC CAPITAL
         CORPORATION d/b/a IKON
         FINANCIAL SERVICES


PURSUANT TO STIPULATION AND FED. R. CIV. P. 41(a)(2), IT IS SO ORDERED.


DATED: June 23, 2011

_____
Hon. Jeffrey S. White
United States District Judge

3

RULE 41(a)(2) STIPULATION FOR DISMISSAL OF PLAINTIFF METRO SALES WITH PREJUDICE