BINGHAM MCCUTCHEN LLP
Holly A. House (SBN 136045)
holly.house@bingham.com
Brian C. Rocca (SBN 221576)
brian.rocca@bingham.com
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000
Facsimile:  415.393.2286

BINGHAM MCCUTCHEN LLP
Gregory F. Wells (SBN 212419)
gregory.wells@bingham.com
2020 K Street, NW
Washington, DC  20006-1806
Telephone:  202.373.6000
Facsimile:  202.373.6001

Attorneys for Defendant
IKON Office Solutions, Inc.

MUNGER, TOLLES & OLSON LLP
Joseph D. Lee (SBN 110840)
joseph.lee@mto.com
355 South Grand Avenue. 35th Fl.
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

MUNGER, TOLLES & OLSON LLP
Hojoon Hwang (SBN 184950)
hojoon.hwang@mto.com
560 Mission Street, 27th Fl.
San Francisco, CA 94105-9781
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Defendant
General Electric Capital Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GLOBAL SERVICES, LLC, a Texas Corporation; SIMILE IMAGING SOLUTIONS, a North Carolina Corporation; WOOD BUSINESS SYSTEMS, a Florida Corporation; NEW ENGLAND COPY SPECIALISTS, INC., a Massachusetts Corporation; RAY MORGAN COMPANY, a California Corporation; DOCUMATION OF AUSTIN, INC., a Texas Corporation; DOCUMATION OF EAST TEXAS, INC., a Texas Corporation; DOCUMATION OF NORTH TEXAS, INC., a Texas Corporation; DOCUMATION OF SAN ANTONIO, INC., a Texas Corporation; COPYTEX, INC., a Connecticut Corporation; ASI BUSINESS SOLUTIONS, LTD, a Texas Corporation; and METRO SALES INC., a Minnesota Corporation, <br><br> Plaintiffs, <br> v. <br><br> IKON OFFICE SOLUTIONS, INC., an Ohio Corporation; and GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware Corporation, <br><br> Defendants. | No. C 10-5974 JSW <br><br> STIPULATION TO 7-DAY CONTINUANCE OF CASE MANAGEMENT CONFERENCE IN VIEW OF COUNSEL'S SCHEDULE CONFLICTS; [PROPOSED] ORDER THEREON <br><br> Current date:  August 26, 2011 <br> Continued date:  September 2, 2011 <br> Time: 1:30 p.m. <br> Ctrm:  11 (Hon. Jeffrey S. White) |

WHEREAS, the Court has scheduled the initial Case Management Conferences in this action and in a related action entitled *NewCal Industries, Inc., et al.* v. *IKON Office Solutions, et al.,* Case No. C 04-2776 JSW for August 26, 2011, at 1:30 p.m.; and

WHEREAS, lead counsel for defendant General Electric Capital (Joseph D. Lee) is currently scheduled to be out of the office on August 26, 2011, on longstanding family travel plans; and

WHEREAS, counsel for defendants have requested that the Case Management Conference in this action and the related *Newcal* action be continued one week in view of the foregoing schedule conflict, and counsel for plaintiffs have so agreed on the condition that all deadlines triggered by the August 26 hearing date for the Case Management Conference remain in effect and are unchanged as a result of the continuance of the Case Management Conference, which condition is acceptable to defendants;

NOW THEREFORE the parties to this action hereby stipulate and agree, as follows:

1.      The Case Management Conference in this action currently calendared for August 26, 2011 at 1:30 p.m. shall be continued to September 2, 2011 at 1:30 p.m.; and

2.      All deadlines triggered by the August 26 hearing date for the Case Management Conference remain in effect and are unchanged as a result of the continuance of the Case Management Conference.

///
///
///
///
///
///
///
///
///
///

13062802.1

- 2 -

1   **IT IS SO STIPULATED.**

2

3   DATED: July 5 2011                    HENNEFER, FINLEY & WOOD, LLP

4
                                          By: _____
5                                                  James A. Hennefer
                                                   Attorneys for Plaintiffs
6

7   DATED: July 19 2011                   BINGHAM McCUTCHEN LLP

8                                         By: _____
                                                   Holly A. House
9                                                  Attorneys for Defendant IKON

10  DATED: July 19 2011

11                                        MUNGER, TOLLES & OLSON LLP

12
                                          By: _____
13                                                 Joseph D. Lee
                                                   Attorneys for Defendant GECC
14

15                                   O R D E R

16         Good cause appearing therefore, **IT IS SO ORDERED.**

17  DATED: July __20__ 2011              _____
                                                   Hon. Jeffrey S. White
18                                                 United States District Judge

19

20

21

22

23

24

25

26

27

28

13062802.1                          - 3 -          CASE NO. C 10-5974 JSW
                                                   STIPULATION TO 7-DAY CONTINUANCE OF CMC;
                                                   [PROPOSED] ORDER THEREON