1　James A. Hennefer (SBN 059490)
　　HENNEFER, FINLEY & WOOD LLP
2　425 California Street, 19th Floor
　　San Francisco, CA 94104-2296
3　Telephone: (415) 421-6100
　　jhennefer@hennefer-wood.com
4

5　Maxwell M. Blecher (SBN 026202)
　　Donald R. Pepperman (SBN 109809)
6　BLECHER & COLLINS, P.C.
　　515 S. Figueroa, Suite 1750
7　Los Angeles, CA  90071
　　Telephone:  (213) 622-4222
8　mblecher@blechercollins.com

9　Attorneys for Plaintiffs

10　　　　　　　　IN THE UNITED STATES DISTRICT COURT

11　　　　　　　FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13
　　GLOBAL  SERVICES, LLC , a  Texas ）　CASE NO.  CV 10-5974 JSW
14　Corporation;    SIMILE    IMAGING ）
　　SOLUTIONS , a North Carolina Corporation; ）
15　WOOD BUSINESS SYSTEMS , a Florida ）　**STIPULATION AND [~~PROPOSED~~]**
　　Corporation;      NEW  ENGLAND  COPY ）　**ORDER ON STIPULATION RE**
16　SPECIALISTS,   INC.,   a   Massachusetts ）　**EXTENSION OF BRIEFING SCHEDULE**
　　Corporation; RAY MORGAN COMPANY, a ）　**FOR DEFENDANTS' RULE 12(b)(6)**
17　California Corporation;  DOCUMATION OF ）　**MOTION TO DISMISS**
　　AUSTIN,   INC.,   a   Texas   Corporation; ）
18　DOCUMATION OF EAST TEXAS, INC., a ）　Hearing Date:   September 23, 2011
　　Texas  Corporation;      DOCUMATION  OF ）　Time:   9:00 a.m.
19　NORTH TEXAS, INC., a Texas Corporation; ）　Place:   Courtroom 11, 19th Floor
　　DOCUMATION OF SAN ANTONIO, INC., ）　Judge: Honorable Jeffrey S. White
20　a Texas Corporation;  COPYTEX, INC., a ）
　　Connecticut Corporation; and ASI BUSINESS ）
21　SOLUTIONS, LTD,  a Texas Corporation ）
　　　　　　　　　　　　　　　　　　　　）
22　　　　　　　　　　　　Plaintiffs　　　　）
　　　　　　　　　　　　　　　　　　　　）
23　　　　　vs.　　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　　　）
24　IKON OFFICE SOLUTIONS, INC., an Ohio ）
　　Corporation;    GENERAL    ELECTRIC ）
25　CAPITAL  CORPORATION,  a  Delaware ）
　　Corporation  d/b/a  IKON  FINANCIAL ）
26　SERVICES,　　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　　　）
27　　　　　　　　　　　　Defendants　　　）
　　———————————————————————）
28

-1-

**STIPULATION**

WHEREAS, defendants filed their Joint Motion to Dismiss Plaintiffs' Time-Barred RICO and Antitrust Claims Under Federal Rule of Civil Procedure 12(b)(6) ("Motion to Dismiss") on July 8, 2011;

WHEREAS, plaintiffs' opposition to the Motion to Dismiss, under Local Rule 7-3, as amended effective June 2, 2011, is due on July 22, 2011;

WHEREAS, plaintiffs' lead counsel on this matter, James A. Hennefer as of the noticing of the Motion to Dismiss had a trial set for July 18, 2011 and hearing on July 20, 2011 which conflicted with preparation of the opposition to the Motion to Dismiss;

WHEREAS, counsel for plaintiffs have requested that the date for opposition to the Motion to Dismiss be continued ten (10) days, from July 22, 2011 to August 1, 2011, which is acceptable to defendants;

WHEREAS, defendants and plaintiffs have agreed that, if the Court extends the time for plaintiffs' opposition to the Motion to Dismiss, defendants' reply to plaintiffs' opposition may be continued to August 19, 2011;

WHEREAS, there have been no requests for continuance of the briefing on the Motion to Dismiss;

WHEREAS, no continuance of the hearing date for the Motion to Dismiss is requested in this stipulation;

WHEREAS, if the continuances in the briefing schedule are granted, the matter would be fully briefed on August 19, 2011, well in advance of the first case management conference in this case, set for September 2, 2011, and well in advance of the hearing date for the Motion to Dismiss, set for September 23, 2011.

NOW THEREFORE the parties to this action hereby stipulate and agree as follows:

1.      Plaintiffs' opposition to the Motion to Dismiss, currently due on July 22, 2011 shall be due on August 1, 2011; and

2.      Defendants' reply to plaintiffs' opposition to the Motion to Dismiss shall be due on August 19, 2011.

*Global Services, LLC., et al. v. IKON Office Solutions, Inc., et al.*          Case No. C 10-5974 JSW
Stipulation and [Proposed] Order Re Rule 12(b)(6) Motion Briefing

1    **IT IS SO STIPULATED**

2

3    Dated:  July 21, 2011                    HENNEFER, FINLEY & WOOD LLP

4

5                                             By    /s/ James A. Hennefer
                                                    James A. Hennefer
6                                                   Attorneys for Plaintiffs

7

8    Dated: July 21, 2011                     BINGHAM McCUTCHEN LLP

9

10                                            By    /s/ Holly A. House
                                                    Holly A. House
11                                                  Attorneys for Defendant IKON

12   Dated: July 21, 2011                     MUNGER, TOLLES & OLSON LLP

13

14                                            By    /s/ Joseph D. Lee
                                                    Joseph D. Lee
15                                                  Attorneys fo Defendant GECC

16

17

18                                   **ORDER**

19
     Good cause appearing therefore, **IT IS SO ORDERED**.
20

21   Dated: July ___22_____, 2011

22

23   _____
                  Honorable Jeffrey S. White
24                United States District Judge

25

26

27

28

*Global Services, LLC., et al. v. IKON Office Solutions, Inc., et al.*            Case No. C 10-5974 JSW
Stipulation and [Proposed] Order Re Rule 12(b)(6) Motion Briefing