IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GLOBAL SERVICES,

    Plaintiff,

    v.

IKON OFFICE SOLUTIONS,

    Defendants.

No. C 10-05974 JSW

**ORDER VACATING HEARING**

Defendants' Motion to Dismiss Plaintiffs' Time-Barred RICO and Antitrust Claims is scheduled for a hearing on December 9, 2011. The Court has considered the parties' papers, relevant legal authority, and the record in this case, and it finds the matter suitable for disposition without oral argument. *See* N.D. Civ. L.R. 7-1(b). The hearing is VACATED, and the Court shall issue a ruling on the motion in due course.

**IT IS SO ORDERED.**

Dated: December 8, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE