| | |
|---|---|
| CROWELL & MORING LLP<br>Beatrice B. Nguyen (SBN 172961)<br>275 Battery Street, 23rd Floor<br>San Francisco, CA 94111<br>Telephone: 415.986.2800<br>Facsimile: 415.986.2827<br>bbnguyen@crowell.com | BINGHAM McCUTCHEN LLP<br>Brian C. Rocca (SBN 221576)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: 415.393.2000<br>Facsimile: 415.393.2286<br>brian.rocca@bingham.com |
| CROWELL & MORING LLP<br>Kent A. Gardiner (*pro hac vice pending*)<br>Shari Ross Lahlou (*pro hac vice pending*)<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2595<br>Telephone: 202.624.2500<br>kgardiner@crowell.com<br>slahlou@crowell.com | BINGHAM McCUTCHEN LLP<br>Gregory F. Wells (SBN 212419)<br>2020 K Street, NW<br>Washington, DC 20006-1806<br>Telephone: 202.373.6000<br>gregory.wells@bingham.com |

Attorneys for Defendant
IKON Office Solutions, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GLOBAL SERVICES, LLC, a Texas Corporation; SIMILE IMAGING SOLUTIONS, a North Carolina Corporation; WOOD BUSINESS SYSTEMS, a Florida Corporation; NEW ENGLAND COPY SPECIALISTS, INC., a Massachusetts Corporation; RAY MORGAN COMPANY, a California Corporation; DOCUMATION OF AUSTIN, INC., a Texas Corporation; DOCUMATION OF EAST TEXAS, INC., a Texas Corporation; DOCUMATION OF NORTH TEXAS, INC., a Texas Corporation; DOCUMATION OF SAN ANTONIO, INC., a Texas Corporation; COPYTEX, INC., a Connecticut Corporation; and ASI BUSINESS SOLUTIONS, LTD, a Texas Corporation,<br><br>   Plaintiffs,<br><br>   v.<br><br>IKON OFFICE SOLUTIONS, INC., an Ohio Corporation; GENERAL ELECTRIC CAPITAL SERVICES, INC., a Connecticut Corporation,<br><br>   Defendants. | Case No. C-10-5974 JSW<br><br>**NOTICE OF CHANGE IN COUNSEL;**<br>**[PROPOSED] ORDER** |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that Defendant IKON Office Solutions, Inc. ("IKON") hereby

3  substitutes Crowell & Moring LLP as counsel of record in the above-referenced action in place of

4  Paul Hastings LLP. Bingham McCutchen LLP shall remain co-counsel of record for IKON. All

5  documents served on IKON should be addressed as follows:

| CROWELL & MORING LLP | BINGHAM MCCUTCHEN LLP |
|---|---|
| BEATRICE B. NGUYEN (SBN 172961) | BRIAN C. ROCCA (SBN 221576) |
| 275 Battery Street, 23rd Floor | Three Embarcadero Center |
| San Francisco, CA 94111 | San Francisco, CA 94111-4067 |
| Telephone: 415.986.2800 | Telephone: 415.393.2000 |
| bbnguyen@crowell.com | brian.rocca@bingham.com |
| | |
| CROWELL & MORING LLP | BINGHAM MCCUTCHEN LLP |
| KENT A. GARDINER | GREGORY F. WELLS (SBN 212419) |
| SHARI ROSS LAHLOU | 2020 K Street, NW |
| 1001 Pennsylvania Avenue, N.W. | Washington, DC 20006-1806 |
| Washington, DC 20004-2595 | Telephone: 202.373.6000 |
| Telephone: 202.624.2500 | gregory.wells@bingham.com |
| kgardiner@crowell.com | |
| slahlou@crowell.com | |

14  I consent to this change in counsel.

15  DATED: January 27, 2012     CROWELL & MORING LLP

16                               By: _____/s/_____
17                                   Beatrice B. Nguyen
                                     Attorneys for Defendant
18                                   IKON Office Solutions, Inc.

19  I consent to this change in counsel.

20  DATED: January 27, 2012     PAUL HASTINGS LLP

21                               By: _____/s/_____
22                                   Holly A. House
                                     Former Attorneys for Defendant
23                                   IKON Office Solutions, Inc.

24  I consent to this change in counsel.

25  DATED: January 27, 2012     IKON OFFICE SOLUTIONS, INC.

26                               By: _____/s/_____
27                                   Bethann Jakoboski
                                     Vice President, Compliance

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

NOTICE OF CHANGE IN COUNSEL;
[PROPOSED] ORDER; CASE NO. C-10-5974 JSW

1 **FILER'S ATTESTATION**

2     I, Beatrice B. Nguyen, hereby attest that concurrence in the filing of this Notice of Change

3 in Counsel has been obtained from each of the other signatories listed above, each of whom

4 authorizes me to affix her electronic signature to this Notice of Change in Counsel.

5         Respectfully submitted,

6 Dated: January 27, 2012     CROWELL & MORING LLP

7     By: _____/s/_____

8     Beatrice B. Nguyen
    Attorneys for Defendant
9     IKON Office Solutions, Inc.

10     **IT IS SO ORDERED.**

12 Dated: January 31, 2012     _/s/ Jeffrey S. White_

13     HON. JEFFREY S. WHITE
    United States District Judge

14 DCACTIVE-17398643.1

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-2-     NOTICE OF CHANGE IN COUNSEL;
[PROPOSED] ORDER; CASE NO. C-10-5974 JSW