| | |
|---|---|
| CROWELL & MORING LLP<br>Beatrice B. Nguyen (SBN 172961)<br>275 Battery Street, 23rd Floor<br>San Francisco, CA 94111<br>Telephone: 415.986.2800<br>Facsimile: 415.986.2827<br>bbnguyen@crowell.com | BINGHAM McCUTCHEN LLP<br>Brian C. Rocca (SBN 221576)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: 415.393.2000<br>Facsimile: 415.393.2286<br>brian.rocca@bingham.com |
| CROWELL & MORING LLP<br>Kent A. Gardiner (*pro hac vice pending*)<br>Shari Ross Lahlou (*pro hac vice pending*)<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2595<br>Telephone: 202.624.2500<br>kgardiner@crowell.com<br>slahlou@crowell.com | BINGHAM McCUTCHEN LLP<br>Gregory F. Wells (SBN 212419)<br>2020 K Street, NW<br>Washington, DC 20006-1806<br>Telephone: 202.373.6000<br>gregory.wells@bingham.com |

Attorneys for Defendant
IKON Office Solutions, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GLOBAL SERVICES, LLC, a Texas Corporation; SIMILE IMAGING SOLUTIONS, a North Carolina Corporation; WOOD BUSINESS SYSTEMS, a Florida Corporation; NEW ENGLAND COPY SPECIALISTS, INC., a Massachusetts Corporation; RAY MORGAN COMPANY, a California Corporation; DOCUMATION OF AUSTIN, INC., a Texas Corporation; DOCUMATION OF EAST TEXAS, INC., a Texas Corporation; DOCUMATION OF NORTH TEXAS, INC., a Texas Corporation; DOCUMATION OF SAN ANTONIO, INC., a Texas Corporation; COPYTEX, INC., a Connecticut Corporation; and ASI BUSINESS SOLUTIONS, LTD, a Texas Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>IKON OFFICE SOLUTIONS, INC., an Ohio Corporation; GENERAL ELECTRIC CAPITAL SERVICES, INC., a Connecticut Corporation,<br><br>Defendants. | Case No. C-10-5974 JSW<br><br>**NOTICE OF CHANGE IN COUNSEL; [PROPOSED] ORDER** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant IKON Office Solutions, Inc. ("IKON") hereby substitutes Crowell & Moring LLP as counsel of record in the above-referenced action in place of Paul Hastings LLP. Bingham McCutchen LLP shall remain co-counsel of record for IKON. All documents served on IKON should be addressed as follows:

| CROWELL & MORING LLP<br>BEATRICE B. NGUYEN (SBN 172961)<br>275 Battery Street, 23rd Floor<br>San Francisco, CA 94111<br>Telephone: 415.986.2800<br>bbnguyen@crowell.com | BINGHAM MCCUTCHEN LLP<br>BRIAN C. ROCCA (SBN 221576)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: 415.393.2000<br>brian.rocca@bingham.com |
|---|---|
| CROWELL & MORING LLP<br>KENT A. GARDINER<br>SHARI ROSS LAHLOU<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2595<br>Telephone: 202.624.2500<br>kgardiner@crowell.com<br>slahlou@crowell.com | BINGHAM MCCUTCHEN LLP<br>GREGORY F. WELLS (SBN 212419)<br>2020 K Street, NW<br>Washington, DC 20006-1806<br>Telephone: 202.373.6000<br>gregory.wells@bingham.com |

I consent to this change in counsel.

DATED: January 27, 2012        CROWELL & MORING LLP

By: _____/s/_____
Beatrice B. Nguyen
Attorneys for Defendant
IKON Office Solutions, Inc.

I consent to this change in counsel.

DATED: January 27, 2012        PAUL HASTINGS LLP

By: _____/s/_____
Holly A. House
Former Attorneys for Defendant
IKON Office Solutions, Inc.

I consent to this change in counsel.

DATED: January 27, 2012        IKON OFFICE SOLUTIONS, INC.

By: _____/s/_____
Bethann Jakoboski
Vice President, Compliance

CROWELL
& MORING LLP
ATTORNEYS AT LAW

NOTICE OF CHANGE IN COUNSEL;
[PROPOSED] ORDER; CASE NO. C-10-5974 JSW

**FILER'S ATTESTATION**

I, Beatrice B. Nguyen, hereby attest that concurrence in the filing of this Notice of Change in Counsel has been obtained from each of the other signatories listed above, each of whom authorizes me to affix her electronic signature to this Notice of Change in Counsel.

Respectfully submitted,

Dated: January 27, 2012　　CROWELL & MORING LLP

By: _____/s/_____
Beatrice B. Nguyen
Attorneys for Defendant
IKON Office Solutions, Inc.

**IT IS SO ORDERED.**

Dated: January 31, 2012　　_____
HON. JEFFREY S. WHITE
United States District Judge

DCACTIVE-17398643.1

-2-　NOTICE OF CHANGE IN COUNSEL; [PROPOSED] ORDER; CASE NO. C-10-5974 JSW